Lori N. Brown  (SBN: 8858)
**GORDON REES SCULLY MANSUKHANI, LLP**
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004
Telephone:  (602) 794-3651
Facsimile:  (602) 265-4716
lbrown@grsm.com

*Attorney for Defendant Creed Boutique Las Vegas, LLC.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Angelica Hemingway<br><br>Plaintiff,<br><br>vs.<br><br>Creed Boutique Las Vegas, LLC; DOES I-X; ROE business entities I-X<br><br>Defendants. | CASE NO.   2:24-cv-00076-GMN-MDC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff, Angelica Hemingway, and Defendant, Creed Boutique Las Vegas, LLC, by and through undersigned counsel, hereby stipulate to dismiss this entire action with prejudice, each party to bear their own costs and attorneys' fees.

**DATED** this 30th day of May, 2024.

| | |
|---|---|
| **GORDON REES SCULLY MANSUKHANI, LLP**<br><br>By: /s/ *Lori N. Brown*<br>Lori N. Brown<br>*Attorney for Defendant*<br>*Creed Boutique Las Vegas, LLC* | **KEMP & KEMP ATTORNEYS AT LAW**<br><br>By: /s/ *James P. Kemp*<br>James P. Kemp<br>*Attorney for Plaintiff* |

## ORDER

**IT IS SO ORDERED.** The Clerk of Court is instructed to close the case.

Dated this __31__ day of May, 2024.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT